UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LEVI PHILLIPS,<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 846<br>**FORFEITURE ALLEGATION** |

**UNITED STATES ATTORNEY CHARGES:**

### COUNT ONE

From on or about May 4, 2021, and continuing to on or about August 3, 2021, in the Southern District of Ohio, the defendant, **LEVI PHILLIPS,** did knowingly, intentionally and unlawfully combine, conspire, confederate and agree with other individuals, both known and unknown to the United States, to distribute and to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii).**

KENNETH L. PARKER
United States Attorney


NICOLE PAKIZ (0096242)
Assistant U.S. Attorney

1

## FORFEITURE ALLEGATION

1. The allegations of Count One of this Information are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of 21 U.S.C. § 853(a)(1) and (2).

2. Upon conviction of the offense alleged in Count One of this Indictment, in violation of 21 U.S.C. § 841 et seq. and/or 21 U.S.C. § 846, the defendant, **LEVI PHILLIPS**, shall forfeit to the United States, in accordance with 21 U.S.C. § 853(a)(1) and (2), all right, title and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violation, and/or any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission such violation, including but not limited to the following property seized from his residence during the investigation in his case:

 (a) Approximately $1,349.00 in United States Currency;

 (b) A Smith & Wesson, Model 4586, .45 caliber semi-automatic pistol, Serial Number TZA5546, including all magazines and ammunition;

 (c) A Glock Gen 5, 9mm 9x19 semi-automatic pistol, Serial Number BNZF461, including all magazines and ammunition; and

 (d) An Anderson Manufacturing AM-15, multi-caliber rifle, Serial Number 15020449, including all magazines and ammunition.

**Forfeiture pursuant to 21 U.S.C. § 853(a)(1) and (a)(2) and Rule 32.2 of the Federal Rules of Criminal Procedure.**

        **KENNETH L. PARKER**
        **United States Attorney**

        */s/ N. Pakiz*

        **NICOLE PAKIZ (0096242)**
        **Assistant U.S. Attorney**