United States District Court
Southern District of Ohio

---

**Related Case Memorandum
Criminal Cases**

TO:       Judge Morrison and Judge Graham

FROM:     Spencer D. Harris        , Deputy Clerk

DATE:      3/24/2022

SUBJECT:   Case Caption:   USA v. Phillips

CASE:       Case Number:  2:22-CR-46

DISTRICT JUDGE:     Judge Graham

                         File Date:   3/23/22

This memorandum is to notify you that the defendant information sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption:     **USA v. Brandon Shawn Bowling**

Case Number:    **2:21-CR-218**            District Judge:    **Morrison**

File Date:        **11/10/21**               Magistrate Judge:

**Related Case(s):**

Case Caption:

Case Number:                                    District Judge:

File Date:                                     Magistrate Judge:

Memo Re: Related Criminal Cases
Page 2

The District Judges having conferred, we respond to Deputy Clerk     <u>Spencer D. Harris</u>
as follows:

**Judges' Response:**

☐   We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☐   We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

☑   We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐   We are unable to agree and will accept any decision made by the Chief Judge.

☐   I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐   I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐   Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

cc:  Courtroom Deputies

*Revised 9/14/2012*