**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**United States of America**

    v.                                      2:22-cr-46

**Levi Michael Phillips**

### ORDER

There being no objections, the Court hereby adopts the Report and Recommendation of the magistrate judge (ECF No. 48) that Defendant's guilty plea be accepted. The Court accepts Defendant's plea of guilty to Count 1 of the Information, and he is hereby adjudged guilty on that count. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: June 9, 2022                              s\James L. Graham
                                                                        James L. Graham
                                                                        United States District Judge